**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| BRENDA GEIGER; DENISE TRLICA a/k/a DENISE MILANI; BROOKE MARRIN a/k/a BROOKE BANX; and JESSICA BURCIAGA, | Case No.  1:21-cv-00313-GBW-SCY |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| TBCH, INC. d/b/a TD'S SHOWCLUB a/k/a TD'S EUBANK a/k/a TD'S TOUCHDOWN LOUNGE ABQ, a New Mexico Corporation, and DOES 1 through 20, inclusive, | |
| Defendants. | |

Plaintiffs and Defendant, by and through counsel undersigned, seek an order extending the time to file Defendant's responsive pleading from April 30, 2021 for a period of two weeks to May 14, 2021.

WHEREFORE, the parties respectfully requests that the Court enter the accompanying Order approving this unopposed motion.

RESPECTFULLY submitted this 29th day of April, 2021.

BURCH & CRACCHIOLO, P.A.

By: */s/Kenneth Januszewski*
     Kenneth Januszewski
     Attorneys for *Defendant*
     1850 North Central Avenue, Suite 1700
     Phoenix, Arizona 85004
     Phone:  (602) 234-8799
     kenj@bcattorneys.com

HARRISON & HART, LLC

By: */s/Nicholas T. Hart*
   Nicholas T. Hart
   *Attorneys for Plaintiffs*
   924 Park Avenue Southwest, Suite E
   Albuquerque, New Mexico 87102
   Phone:  (505) 295-3261
   nick@harrisonhartlaw.com