IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 5 2023

MITCHELL R. ELFERS
CLERK

BRENDA GEIGER; DENISE TRLICA a/k/a DENISE MILANI; BROOKE MARRIN a/k/a BROOKE BANX; and JESSICA BURCIAGA,

Plaintiffs,

v.

6001, INC., d/b/a TD'S SHOWCLUB a/k/a TD'S EUBANK a/k/a TD'S TOUCHDOWN LOUNGE ABQ, a New Mexico Corporation, TBCH, INC. d/b/a TD'S SHOWCLUB a/k/a TD'S EUBANK a/k/a TD'S TOUCHDOWN LOUNGE ABQ, a New Mexico Corporation, and DOES 1 through 20, inclusive,

Defendants.

No. 1:21-CV-00313-JB/SCY

## ORDER APPROVING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court upon the Joint Stipulation of Dismissal with prejudice between the Plaintiffs and the Defendants, and the Court having reviewed the pleadings, and having reviewed the file, having been otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Joint Stipulation of Dismissal be and the same is hereby approved, and this cause (including all claims the parties made or could have made part, or which arise out, of the action or the claims made by the parties) be and the same hereby is dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

DONE AND ORDERED this 5th day of January, 2023.

_____
DISTRICT COURT JUDGE

Copies furnished to:
Counsel of record